UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 10-485 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KIRK RISHOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>: Conspiracy to Distribute Methamphetamine; Possession with Intent to Distribute Methamphetamine; Use of a Communications Facility

<u>Date of Detention Hearing</u>:   December 1, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense the maximum penalty of which

01 is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both
02 dangerousness and flight risk, under 18 U.S.C. §3142(e).

03   2.  Defendant was released from state custody in June 2010, after serving a 74 month
04 sentence for Assault and Possession of a Firearm.  He has a lengthy criminal history that includes
05 weapons charges, VUCSA, fugitive charges, failures to appear or to comply with court orders,
06 robbery, and assault with a deadly weapon.  Pretrial Services reports that the defendant is
07 associated with two dates of birth, four Social Security numbers, and at least three alias names.

08   3.  The instant charges involve an allegation that defendant and others were
09 producing methamphetamine and smuggling it into the Washington State Penitentiary in Walla
10 Walla.

11   4.  Taken as a whole, the record does not effectively rebut the presumption that no
12 condition or combination of conditions will reasonably assure the appearance of the defendant
13 as required and the safety of the community.

14 It is therefore ORDERED:

15  (1) Defendant shall be detained pending trial and committed to the custody of the
16    Attorney General for confinement in a correction facility separate, to the extent
17    practicable, from persons awaiting or serving sentences or being held in custody
18    pending appeal;

19  (2) Defendant shall be afforded reasonable opportunity for private consultation with
20    counsel;

21  (3) On order of a court of the United States or on request of an attorney for the
22    Government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of December, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge