UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KIRK RISHOR,<br><br>　　　　　　Defendant. | CASE NO. CR10-378 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Defendant's motion for leave to file a late reply (Dkt. No. 230) is GRANTED.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 6, 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1