# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-378 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KIRK RISHOR, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On January 29, 2020, Defendant Rishor filed a Motion to Strike and/or Seal 782/788 Drugs Minus Two Motion (Dkt. No. 238), with a noting date of February 7, 2020. On February 6, 2020, the Government filed a response to the motion (Dkt. No. 239).

It has come to the Court's attention that Defendant was not served with a copy of the Government's response to his motion, and is desirous of a continuance to file a reply to the Government's response.

A copy of the response has now been mailed to the Defendant. The noting date of his motion is hereby continued to **March 6, 2020**, and Defendant must file his reply brief on or before that date.

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

Filed February 20, 2020.

                                        William M. McCool  
                                        Clerk of Court

                                        s/Paula McNabb  
                                        Deputy Clerk